IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:96CR46 |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY SEAN MITCHELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On December 23, 2008, defendant appeared with counsel for a final hearing on a Petition for Offender Under Supervision (Filing No. 544). Defendant was represented by Jessica Douglas, Assistant Federal Public Defender. Plaintiff was represented by Nancy A. Svoboda, Assistant United States Attorney. Defendant admits all the allegations with the exception of the first part of allegation no. 5; defendant says he reported the DUI to his probation officer. The Court finds defendant in violation of the conditions of his supervised release. The Court revokes defendant's supervised release and proceeds to sentencing. Accordingly,

IT IS ORDERED:

1. Defendant's supervised release is hereby revoked. Defendant is sentenced to the custody of the Bureau of Prisons for a term of seven months.

2. Upon completion of said term of imprisonment, defendant will be placed on supervised release for a period of fifty-nine months, under the same terms and conditions of release previously imposed on December 31, 1997, and as modified on August 28, 2008.

3.  The Court will approve transfer of supervision to California if and when appropriate.

DATED this 24th day of December, 2008.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 200__.


_____
Signature of Defendant


                                     **RETURN**
It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 200__ to _____, with a certified copy of this judgment.


_____     _____
                                     UNITED STATES WARDEN


                        By: _____


**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**


                                   **CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 200___.


_____     _____
                                     UNITED STATES WARDEN


                        By: _____